# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | CASE Number: 04-50180-01 |
| | USM Number: |
| **BEVERLY S. ARTHUR** | Anita McKeithen (R) |
| **(Name of Defendant)** | **(Defendant's Attorney)** |

**THE DEFENDANT:**

[X] Pleaded guilty to count(s)     ONE

[ ] pleaded nolo contendere to count(s) _____ which was accepted by the court.

[ ] Was found guilty on count(s) _____ after a plea of not guilty.

**Accordingly, the court has adjudicated that the defendant is guilty of the following offenses:**

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC 641 | LARCENY | 10-10-04 | ONE |

    The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) _____.

[ ] Count(s) __ (is) (are) dismissed on motion of the United States.

    **IT IS ORDERED** that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of any material change in the defendant's economic circumstances.

June 15, 2006
**Date of Imposition of Judgment**

**Mark L. Hornsby, United States Magistrate Judge**
**Name and Title of Judicial Officer**

June 15, 2006
**Date Signed**

MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE

| | | |
|---|---|---|
| DEFENDANT: BEVERLY S. ARTHUR | | JUDGMENT PAGE  2  OF  2 |
| CASE NO.: 04-50180-01 | | |

## IMPRISONMENT

**The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:**

**EIGHT MONTHS**

**Defendant is ordered to pay a fine of $250 and Special Assessment of $25 for the Crime Victim Fund.**

[ ]  The Court makes the following recommendations to the Bureau of Prisons:

**[X]  The defendant is remanded to the custody of the United States Marshal.**

[ ]  The defendant shall surrender to the United States Marshal for this district.

    [ ]  at __ a.m./p.m. on __.

    [ ]  as notified by the United States Marshal.

[ ]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

    [ ]  before 2:00 p.m. on __.

    [ ]  as notified by the United States Marshal.

    [ ]  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
United States Marshal

by _____
Deputy Marshal